UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~

CHRISTIAN A. GARRAMONE,
                           Plaintiff,

    vs                                         6:07-CV-920

SGT. STEVEN HAUCK, Individually, and as
a member of the City of Utica Police Department;
C. ALLEN PYLMAN, Individually, and as Chief
of Police of the City of Utica Police Department;
CITY OF UTICA; and CITY OF UTICA POLICE
DEPARTMENT,
                           Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                                OF COUNSEL:

NORMAN P. DEEP, ESQ.
Attorney for Plaintiff
6599 Martin Street
Rome, New York 13440

A.J. BOSMAN, ESQ.
Attorney for Plaintiff
6599 Martin Street
Rome, New York 13440

OFFICE OF CORPORATION COUNSEL
for CITY OF UTICA                         JOHN P. ORILIO, ESQ.
Attorneys for Defendants
One Kennedy Plaza
Utica, New York 13502

DAVID N. HURD
United States District Judge

## O R D E R

     A preliminary conference was held on January 15, 2010. Trial is scheduled for January 25, 2010, at 9:30 a.m.

Each party shall file responses to the following issues by 5:00 p.m. today (January 19, 2010):

PLAINTIFF:

1. Is the plaintiff discontinuing all claims except excessive force under 18 U.S.C. 1983, and assault and battery under state law?

2. Is the defendant Pylman to remain as a defendant in either his individual and/or official capacity?

3. Does the plaintiff consent to a bench trial?

4. The plaintiff is the son of Anthony J. Garramone, former Utica Chief City Court Judge, and a friend of the undersigned. He will be a witness at the trial. State plaintiff's position with regard to that information.

DEFENDANTS:

1. State any and all convictions or bad acts the defendants intend to use in cross-examination of plaintiff, or otherwise at the trial.

2. Do the defendants consent to a bench trial?

3. The plaintiff is the son of Anthony J. Garramone, former Utica Chief City Court Judge, and a friend of the undersigned. He will be a witness at the trial. State defendants' position with regard to that information.

IT IS SO ORDERED.

Dated: January 19, 2010
Utica, New York.

United States District Judge

- 2 -